| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>BREYER, STEPHEN G. | 2. Court or Organization<br><br>U.S. SUPREME COURT | 3. Date of Report<br><br>04/28/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOC. JUSTICE SUPREME COURT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

SUPREME COURT OF UNITED STATES
1 FIRST STREET, N.E.
WASHINGTON, D.C. 20543

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2.  JUROR | THE PRITZKER ARCHITECTURE PRIZE |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 04/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | RANDOM HOUSE, INC.; ROYALTY INCOME | $7,214.15 |
| 2. 2014 | THE AUTHORS REGISTRY, INC; ROYALTY INCOME | $172.18 |
| 3. 2014 | KNOPF; ROYALTY INCOME | $126.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PRITZKER ORGANIZATION | JANUARY 19-20, 2014 | NEW YORK, NY | PRITZKER PRIZE JURY MEETINGS | AIRFARE, MEALS & LODGING |
| 2. | LUXEMBOURG COURT OF JUSTICE | FEBRUARY 1-19, 2014 | LUXEMBOURG (WITH EVENTS IN LONDON AND PARIS) | VISIT OF SUPREME COURT JUSTICES | AIRFARE, MEALS & LODGING (SELF & SPOUSE) |
| 3. | FEDERAL BAR COUNCIL OF NY | APRIL 30, 2014 | NEW YORK, NY | TO RECEIVE THE LEARNED HAND AWARD | LODGING, MEAL & ROUND-TRIP TRAIN FARE |
| 4. | JOHN JAY COLLEGE OF CRIMINAL JUSTICE | MAY 6, 2014 | NEW YORK, NY | TO PRESENT THE JOHN JAY MEDAL FOR JUSTICE AWARD TO ELIE WIESEL | AIRFARE & MEAL (SELF & SPOUSE) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **BREYER, STEPHEN G.** | 04/28/2015 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 5. | SUN VALLEY'S WRITERS' CONFERENCE | JULY 18-22, 2014 | SUN VALLEY, UT | SPEAKING EVENTS AT THE CONFERENCE | AIRFARE (SELF & SPOUSE) |
| 6. | AMERICAN COLLEGE OF TRIAL LAWYERS (ACTL) | SEPTEMBER 8-13, 2014 | LONDON, UNITED KINGDOM | SPEAKING EVENTS | AIRFARE (SELF & SPOUSE) |
| 7. | YALE LAW SCHOOL | SEPTEMBER 17-20, 2014 | NEW HAVEN, CT | PARTICIPANT IN GLOBAL CONSTITUTIONALISM SEMINAR | LODGING |
| 8. | NEW YORK FORUM FILM FESTIVAL | OCTOBER 21, 2014 | NEW YORK, NY | PARTICIPANT IN THE FORUM ON LAW AND CULTURE | AIRFARE |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BREYER, STEPHEN G. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT: | | | | | | | | | |
| 2. DEAWM (FKA DWS) CORE PLUS INCOME FUND | A | Dividend | K | T | | | | | |
| 3. DEAWM (FKA DWS) LARGE CAPITAL VALUE FUND | E | Dividend | L | T | | | | | |
| 4. OTHER HOLDINGS: | | | | | | | | | |
| 5. DEAWM (FKA DWS) CORE PLUS INCOME FUND - IRA | A | Dividend | K | T | | | | | |
| 6. BANK OF AMERICA - CHECKING | A | Interest | M | T | | | | | |
| 7. TIAA/CREF | G | Int./Div. | P1 | T | | | | | |
| 8. TRUST: | | | | | | | | | |
| 9. TAI SHAN FUND | A | Int./Div. | M | U | | | | | |
| 10. WINDSOR FUND | C | Dividend | L | T | | | | | |
| 11. AUTOMATIC DATA PROCESSING INC COMMON STOCK | B | Dividend | M | T | | | | | |
| 12. SIGMA ALDRICH CORP. COMMON STOCK | B | Dividend | M | T | | | | | |
| 13. CINTAS CORP. COMMON STOCK | B | Dividend | M | T | Sold (part) | 09/24/14 | K | D | |
| 14. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | | | | | |
| 15. VANGUARD 500 INDEX FUND (FKA S&P 500 INDEX FUND) | D | Dividend | N | T | | | | | |
| 16. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | T | | | | | |
| 17. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES MSCI EMERGING MARKETS IDX FD | A | Dividend | K | T | | | | | |
| 19. ISHARES MSCI EAFE INDEX FD | A | Dividend | K | T | | | | | |
| 20. VANGUARD DIVIDEND GROWTH FUND -IV | C | Dividend | M | T | | | | | |
| 21. VANGUARD MID-CAP INDEX FUND -A | B | Dividend | M | T | | | | | |
| 22. DODGE & COX INTERNATIONAL STOCK FUND | B | Dividend | L | T | | | | | |
| 23. ROYCE LOW-PRICED STOCK SERVICE FUND | D | Dividend | K | T | | | | | |
| 24. OAKMARK INTERNATIONAL FUND - I | C | Dividend | L | T | | | | | |
| 25. FEDERATED US TREASURY CASH RSV FD-I | A | Dividend | L | T | | | | | |
| 26. INTERSENSE INC. CLASS C PREFERRED SERIES C-1 | | None | J | T | | | | | |
| 27. INTERSENSE INC. CLASS A PREFERRED SERIES A-2 | | None | J | T | | | | | |
| 28. INTERSENSE INC. CLASS B PREFERRED SERIES B-1 | | None | J | T | | | | | |
| 29. VANGUARD SMALL CAP INDEX-INV | A | Dividend | K | T | | | | | |
| 30. FIDELITY MA MUNICIPAL INCOME | A | Dividend | J | T | Sold (part) | 07/18/14 | J | A | |
| 31. | | | | | Sold (part) | 09/05/14 | J | A | |
| 32. U.S. TREASURY BILL - 8/21/14 | A | Interest | | | Sold | 07/18/14 | K | A | |
| 33. CDK GLOBAL HOLDINGS LLC | A | Dividend | K | T | Spinoff (from line 11) | 10/01/14 | K | | |
| 34. OTHER ASSETS: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 04/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TIAA/CREF RETIREMENT ACCOUNTS | C | Dividend | M | T | | | | | |
| 36. SK-N-A NATIONAL BANK SAVINGS ACCT | A | Interest | K | T | | | | | |
| 37. PEARSON PLC ORD. STOCK | E | Dividend | P1 | T | | | | | |
| 38. RENTAL PROPERTY - NEVIS WEST INDIES | A | Rent | N | W | | | | | |
| 39. TOTAL SA SPONSORED ADR | B | Dividend | K | T | | | | | |
| 40. NOKIA CORP. ADS | | None | | | Sold | 06/06/14 | K | E | |
| 41. LAND IN CONCORD, MA | | None | L | W | | | | | |
| 42. LAND IN PLAINFIELD, NH | | None | N | W | | | | | |
| 43. IBM - COMMON STOCK | B | Dividend | L | T | | | | | |
| 44. LOWES COMPANIES INC - COMMON STOCK | A | Dividend | L | T | | | | | |
| 45. PACCAR INC - COMMON STOCK | C | Dividend | M | T | | | | | |
| 46. QUEST DIAGNOSTICS INC. - COMMON STOCK | A | Dividend | | | Sold (part) | 08/27/14 | K | D | |
| 47. | | | | | Sold (part) | 09/03/14 | K | D | |
| 48. | | | | | Sold | 09/08/14 | K | D | |
| 49. UNITED TECHNOLOGIES CORP - COMMON STOCK | C | Dividend | M | T | | | | | |
| 50. CISCO SYSTEMS INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 51. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SSGA MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 53. SUNCOR ENERGY INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 54. BHP BILTON LTD | B | Dividend | K | T | | | | | |
| 55. CAMBRIDGE, MA 4.00% 01/01/2014 | B | Interest | | | Matured | 01/01/14 | L | A | |
| 56. LEXINGTON MA GO 4% 2/15/21 | B | Interest | M | T | Buy | 02/19/14 | M | | |
| 57. EMC CORP MASS - COMMON STOCK | A | Dividend | L | T | | | | | |
| 58. JOHNSON CONTROLS INC - COMMON STOCK | A | Dividend | K | T | | | | | |
| 59. STANCROFT TRUST LIMITED | E | Dividend | N | W | | | | | |
| 60. FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | | None | K | T | | | | | |
| 61. EATON VANCE MULTI-CAP GROWTH FUND -A | | None | L | T | | | | | |
| 62. EATON VANCE LARGE CAP GROWTH FUND - I | E | Dividend | N | T | | | | | |
| 63. EATON VANCE LARGE CAP VALUE FUND - I | F | Dividend | N | T | | | | | |
| 64. EATON VANCE TAX M S/C | B | Dividend | L | T | | | | | |
| 65. PARAMETRIC EMERGING MKTS (FKA EATON VANCE STRUCTURED EMERGING MKTS-I) | A | Dividend | J | T | | | | | |
| 66. EATON VANCE ATLANTA SM CP-I | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 04/28/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN G. BREYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544